IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANNE-LY ANNUK,

    Petitioner,

v.                                                    No. 26-cv-0269 KWR/DLM

PAMELA BONDI, Attorney General of the United States;
KRISTI NOEM, Secretary, Department of Homeland Security;
MARY DE ANDA-YBARRA, El Paso Field Office Director,
Immigration and Customs Enforcement; TODD LYONS,
Acting Director of Immigration and Customs Enforcement; and
DORA CASTRO, WARDEN, Otero County Processing Center,

    Respondents.

## ORDER TO ANSWER

This matter is before the Court on Petitioner Anne-Ly Annuk's *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) (Petition), filed February 4, 2026. Petitioner is detained at the Otero County Processing Center (OCPC) and is proceeding *pro se*. Petitioner challenges her continued immigration detention and, in particular, the Government's failure to provide a bond hearing. She states she arrived in the United States 28 years ago after being inspected and admitted at a Port of Entry on a J-1 Visa. (Doc. 1) at 2. Petitioner further states that on January 5, 2026, she was arrested in Minneapolis, Minnesota without a warrant, was misclassified as subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), and was denied a bond hearing. *Id.* at 2-3. Petitioner seeks release from custody and an order prohibiting her transfer from this district without the Court's approval. *Id.* at 18. Petitioner also filed a Motion for Temporary Restraining Order, which seeks the same relief set forth in the Petition. (Doc. 2).

Having reviewed the record, the Court finds the alleged facts raise a colorable claim for relief. *See Santos Ramirez v. Flores, et al,* 25-cv-1008 KWR-JMR (concluding petitioner was

detained pursuant to 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225, and ordering Respondents to provide a bond hearing); *Munoz Teran v. Lyons*, *et al*, 25-cv-1218 KWR-SCY (same).  The Clerk's Office has electronically served the Petition on Respondents via CM/ECF.  *See* Doc. 3.  The United States Attorney's Office (USAO) shall answer the Petition and Motion for Temporary Restraining Order within twenty-one (21) days of entry of this Order.   The answer should address the merits of Petitioner's claim.

If the USAO declines to timely respond, the Court will enter a separate order directing the Immigration Court to conduct a bond hearing in accordance with its prior rulings on this issue.

**IT IS ORDERED** that the USAO shall **ANSWER** the Petition (Doc. 1) and Motion for Temporary Restraining Order (Doc. 2) within twenty-one (21) days of entry of this Order.

_____/S/_____
HON. KEA RIGGS
UNITED STATES DISTRICT JUDGE